UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABIGAIL VELEZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:13-cv-1379
Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED.**

Date: March 16, 2015

/s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
United States Magistrate Judge